IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

WILLIE S. REED                                                                     PLAINTIFF

v.                              No. 2:07CV00014 GH

RONNIE HUEY, ET AL.                                          DEFENDANTS

## **ORDER**

By order filed on January 31st, plaintiff was directed, within 30 days of the entry of that order, to either pay the $350 statutory filing fee or submit a proper and complete *in forma pauperis* application and to also file an amended complaint. That order was returned to the Clerk's office on February 6th as undeliverable and was remailed that same date.

The 30-day period has elapsed and plaintiff has not complied with the January 31st directives. Accordingly, the case is dismissed without prejudice.

IT IS SO ORDERED this 7th day of March, 2007.

_____
UNITED STATES DISTRICT JUDGE